UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIALMASK, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FIORENZO BRESOLIN, et al.,<br><br>    Defendants. | Case No. C15-1784RSM<br><br>MINUTE ORDER |

  By Minute Order dated February 28, 2018, (dkt #16), counsel was directed to show cause by March 14, 2018, why this action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). To date, no response has been filed.

  This action is hereby DISMISSED without prejudice.

  DATED this 15th day of March, 2018.

                _____
                RICARDO S. MARTINEZ
                UNITED STATES DISTRICT JUDGE